JACOB MENDELSON et al., Copartners under the Name of MENDELSON BROS. & SIFF, Respondents, *v.* THE STATE OF NEW YORK, Appellant.

*State — negligence — filling of flood channels — liability for loss of property through inundation.*

*Mendelson v. State of New York,* 218 App. Div. 210, affirmed. (Argued June 16, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered January 17, 1927, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed a judgment of the Court of Claims dismissing the claim herein and directed judgment in favor of the claimants. The claim was for damage to plaintiffs' property caused by the collapse of the building occupied by them caused, as alleged, by flood waters precipitated against it, through the filling by the State of flood channels in connection with the construction of the Barge canal.

*Albert Ottinger,* Attorney-General (*Albert J. Danaher* and *Joseph B. Mulholland* of counsel), for appellant.

*Arthur E. Sutherland* and *Joseph Sterling* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY WALKER, Respondent, *v.* REALTY MANAGERS, INC., Appellant, Impleaded with Others.

*Negligence — building — failure to erect shed over sidewalk extending to curb — liability of owner for injury to pedestrian struck by board falling from building.*

*Walker v. Realty Managers, Inc.,* 218 App. Div. 829, affirmed. (Argued June 15; 1927; decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1926, affirming a judgment in favor